United States District Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| GAIL C. CLARK, | ) | |
| | ) | CIVIL NO. C04-5237FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR EXTENSION OF TIME TO |
| JO ANNE B. BARNHART, | ) | FILE PLAINTIFF'S REPLY TO |
| Commissioner of Social Security, | ) | DEFENDANT'S RESPONSE TO PLAINTIFF'S |
| | ) | MOTION FOR §406(B) FEES |
| Defendant. | ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, good cause having been shown, it is now, hereby,

ORDERED that Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for §406(b) Fees shall be filed on or before December 5, 2006, and this matter is re-noted for December 8, 2006.

DATED this 27th day of December, 2006.

      /s/ Franklin D Burgess_____
Franklin D. Burgess
United States District Judge

Presented by:
S/Elie Halpern, WSBA #1519
Elie Halpern, WSBA #1519, Attorney for Plaintiff

STIPULATION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [«F494»] - 1

Halpern & Oliver, PLLC
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055