UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GAIL C. CLARK, | ) |
|                Plaintiff, | ) CIVIL NO. 04-5237 FDB |
| vs. | ) AMENDED ORDER FOR ATTORNEY'S |
|  | ) FEES PURSUANT TO 42 U.S.C. § 406(b) |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |

This matter comes before the Court on motion of the Plaintiff for an amended order for Section 406(b) fees, the Commissioner has filed a response stating Defendant has no objection to the motion. In light of the Ninth Circuit decision in this case, the Court being fully advised, it is hereby

ORDERED that this Court grants Plaintiff's motion and hereby amends this Court's previous order dated December 8, 2006, to provide that Plaintiff's attorney Elie Halpern is entitled to an award of Section 406(b) fees in the gross sum of $18,017 minus EAJA fees of $6,058.68, without any further deduction of administrative attorney fees pursuant to 42 U.S.C. Section 406(a) making the net sum awarded of $11,958.32 minus the Section 406(d) administrative assessment.

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [04-5237FDB] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1     Dated this 15th day of September, 2009.

                                           /s/ Franklin D. Burgess
                                           FRANKLIN D. BURGESS
                                           UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

---

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [04-5237FDB] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055