# United States District Court

WESTERN DISTRICT OF WASHINGTON

GAIL C. CLARK,

      PLAINTIFF,

                   v.

MICHAEL ASTRUE,
Commissioner of Social Security,

      DEFENDANT,

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5237FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this Court grants Plaintiff's motion and hereby amends this Court's previous order dated December 8, 2006, to provide that Plaintiff's attorney Elie Halpern is entitled to an award of Section 406(b) fees in the gross sum of $18,017 minus EAJA fees of $6,058.68, without any further deduction of administrative attorney fees pursuant to 42 U.S.C. Section 406(a) making the net sum awarded of $11,958.32 minus the Section 406(d) administrative assessment.

September 15, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

Deputy Clerk